UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS CHAYRA, ) | |
| ) | 2:11-CV-01730-PMP-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| SUPER LIQUOR MID STRIP, et al., ) | |
| ) | |
| Defendants. ) | |

For the reasons set forth in Plaintiff's Response (Doc. #15) filed March 13, 2012,

**IT IS ORDERED** that the "Motion to Dismiss" filed by Jeff Nowak, on behalf of Defendants (Doc. #11) is **DENIED**.

**IT IS FURTHER ORDERED** that to the extent the document titled "Answer to Complaint and Motion to Dismiss" (Doc. #11) filed March 1, 2012, purports to be an Answer to Plaintiff's Complaint, said document is stricken because Mr. Nowak is not an attorney licensed to practice before this Court and further because Defendants, as corporations, limited liability companies or unincorporated associations, must appear in this action through counsel admitted before this Court.

DATED: March 26, 2012.

PHILIP M. PRO
United States District Judge