MARK G. HENNESS, ESQ.
Nevada Bar No. 5842
DAVID J. MARTIN, ESQ.
Nevada Bar No. 9117
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada  89148
Telephone (702) 862-8200 Telephone
Facsimile (702) 862-8204 Facsimile
david@hennessandhaight.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS CHAYRA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>VS.<br><br>BEST FELLAS, INC. d/b/a SUPER LIQUOR MID STRIP; and SUPER LIQUOR MID STRIP,<br><br>DEFENDANTS. | Case No.: 2:11-cv-01730-PMP-RJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to FRCP 41(a) Plaintiff THOMAS CHAYRA ("Plaintiff") voluntary dismisses the instant action without prejudice as to Defendants BEST FELLAS, INC. d/b/a SUPER LIQUOR MID STRIP and SUPER LIQUOR MID STRIP

Dated this 1st day of August, 2012.

HENNESS & HAIGHT

IT IS SO ORDERED.

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE
Dated:  August 1, 2012.

   */s/ DAVID J. MARTIN ESQ.*   
MARK G. HENNESS, ESQ.
Nevada Bar No. 5842
DAVID J. MARTIN, ESQ.
Nevada Bar No. 9117
8972 Spanish Ridge Avenue
Las Vegas, Nevada  89148
*Attorneys for Plaintiff*